**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JAX AIRPORT HOTEL, LLC, A Florida Limited Liability Corporation, and TURN-KEY HOSPITALITY SOLUTIONS, INC., a Georgia corporation,

    Plaintiffs,

v.

LG ELECTRONICS, INC., a Foreign Corporation, and LG ELECTRONICS U.S.A,, INC., a Delaware corporation,

    Defendants.

Case No.: 3:18-cv-01492

## CORPORATE DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant LG Electronics U.S.A., Inc., by and through undersigned counsel, states as follows:

1.     LG Electronics U.S.A., Inc. is wholly owned by LG Electronics, Inc.

    Respectfully submitted,

    **BURR & FORMAN LLP**

    By: /s/ M/ Scott Thomas
    **M. SCOTT THOMAS**
    Florida Bar No.: 0994898
    50 North Laura Street, Suite 3000
    Jacksonville, Florida 32202
    Telephone: (904) 232-7200
    Facsimile: (904) 232-7201
    **BRIANA M. MONTMINY**
    Florida Bar No.: 0579572
    222 Second Ave. S, Suite 2000
    Nashville, Tennessee 37201
    Telephone: (615) 724-3200
    Facsimile: (615) 724-3290
    **ATTORNEYS FOR LG ELECTRONICS USA, INC.**

**Primary and Secondary E-mail Addresses:**
msthomas@burr.com
bmontminy@burr.com
msalinas@burr.com
tlangley@burr.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of December, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF filing system, which will send notice to:

Helen H. Albee
707 Peninsular Place
Jacksonville, FL  32204
Telephone:  (904) 354-5200
Facsimile:  (904) 354-5256
helen.albee@atritt.com
Karen.farber@atritt.com

*Attorneys for Plaintiffs*

                                              /s/ M. Scott Thomas
                                                          Attorney