UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAX AIRPORT HOTEL, LLC
and TURN-KEY HOSPITALITY
SOLUTIONS, INC.,

    Plaintiffs,

v.                                                        Case No: 3:18-cv-1492-HES-JBT

LG ELECTRONICS, INC., a Foreign
Corporation and LG ELECTRONICS U.S.A.,
INC., a Delaware corporation,

    Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Jax Airport Hotel, LLC. and Turn-Key Hospitality, Inc., and Defendant LG Electronics U.S.A., Inc., by and through their respective undersigned counsel, hereby jointly stipulate, pursuant to Federal Rule of Civil Procedure 41(a), to the dismissal of all claims asserted in the above-captioned action in their entirety, with prejudice, and with each party bearing its own costs and fees.

DATED this 7th day of January, 2020.

Respectfully submitted,

| **TRITT & ASSOCIATES, P.A.** | **BURR & FORMAN LLP** |
|---|---|
| s/*Helen H. Albee* | /s/*Briana M. Montminy* |
| Helen H. Albee | M. Scott Thomas |
| Florida Bar No.: 987247 | Fla. Bar No.: 0994898 |
| 707 Peninsular Place | 50 N. Laura St., Suite 3000 |
| Jacksonville, FL 32204 | Jacksonville, FL 32202 |
| Telephone: (904) 354-5200 | (904) 232-7200 |
| Facsimile: (904) 354-5256 | (904) 232-7271 |
| Email: helen.albee@atritt.com | Briana M. Montminy |
| Secondary Email: Karen.farber@atritt.com | Florida Bar No.: 0579572 |
| Attorneys for Plaintiffs JAX Airport Hotel, LLC. | 222 Second Ave. S, Suite 2000 |
| And Turn-Key Hospitality Solutions, Inc. | Nashville, TN 37201 |
|  | (615) 724-3200 |
|  | (605) 724-3290 |
|  | msthomas@burr.com |
|  | bmontminy@burr.com |
|  | msalinas@burr.com |
|  | tlangley@burr.com |
|  | Attorneys for LG Electronics USA, Inc |

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of January, 2020, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record.

*s*/Helen H. Albee
Helen H. Albee
