UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**JAX AIRPORT HOTEL, LLC
and TURN-KEY HOSPITALITY
SOLUTIONS, INC.,**

      Plaintiffs,                                      Case No. 3:18-cv-1492-HES-JBT

v.

**LG ELECTONICS, INC.,** a Foreign
Corporation and **LG ELECTRONICS
U.S.A., INC.,** a Delaware corporation,

      Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Parties' "Joint Stipulation of Dismissal with Prejudice" (Dkt. 20).

Accordingly, it is hereby **ORDERED**:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned case is **DISMISSED with prejudice**, with each party to bear their own attorneys' fees, costs and expenses; and

2. The Clerk is directed to terminate all pending motions and close the matter pending.

**DONE AND ORDERED** at Jacksonville, Florida, this /s/ day of January, 2020.

                                                      HARVEY E. SCHLESINGER
                                                      UNITED STATES DISTRICT JUDGE

**Copies to:**
Helen Heim Albee, Esq.
Briana M. Montminy, Esq.
Jennifer M. Busby, Esq.
Milo Scott Thomas, Esq.